1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                      FOR THE DISTRICT OF ARIZONA

8

9   Center for Biological Diversity,          )   No. 09-CV-08011-PCT-PGR
                                               )
10                    Plaintiff,               )
    vs.                                        )
11                                             )        **ORDER**
    United States Bureau of Land               )
12  Management, et al.,                        )
                                               )
13                    Defendants.              )
    _____       )

14

15         After reviewing the docket, it is evident that cases 3:09-cv-08010 PCT PGR and

16  3:09-cv-08011 PCT PGR have not been consolidated.  Rather, 3:09-cv-08011 PCT PGR has

17  only been transferred to this Court, pursuant to Defendants' Unopposed Motion to Transfer

18  Related Case (Doc. 12) and the Order granting said motion.  (Doc. 16.)  Neither party has

19  moved for consolidation and consolidation was not sought in Defendants' Motion to

20  Transfer.  Consequently, each party shall hereinafter use only its respective case number

21  when filing documents with the Court.[1]  In the event that the parties seek consolidation of the

22  cases, a motion which includes the proper legal standard and corresponding analysis for

23  consolidation must be filed with the Court.

24         Accordingly,

25         IT IS HEREBY ORDERED that unless and until 3:09-cv-08010 PCT PGR and

26

27  _____

28       [1]  In other words, in order to reduce the risk of mistaking these separate cases for one
    consolidated case, the parties shall refrain from continuing to include both case numbers on
    their filings.

1    3:09-cv-08011 PCT PGR are consolidated by order of this Court, each party shall use only

2    its respective case number when filing documents with the Court and include only their

3    respective case number on such documents.

4          DATED this 2nd day of June, 2009.

5

6

7                              Paul G. Rosenblatt
                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28