Adam Keats (CA Bar No. 191157) (*pro hac vice*)
John Buse (CA Bar No. 163156) (*pro hac vice*)
CENTER FOR BIOLOGICAL DIVERSITY
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682 x 304
Facsimile: (415) 436-9683
akeats@biologicaldiversity.org
jbuse@biologicaldiversity.org

Attorneys for Plaintiff Center for Biological Diversity

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

PRESCOTT DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY<br><br>    Plaintiff,<br><br>v.<br><br>U.S. BUREAU OF LAND MANAGEMENT; RON WENKER, Acting Director of U.S. Bureau of Land Management; JAMES KENNA, BLM Arizona State Director; KEN SALAZAR, Secretary of Interior, and U.S. FISH AND WILDLIFE SERVICE,<br><br>    Defendants,<br><br>NATIONAL RIFLE ASSOCIATION,<br><br>    Defendant-Intervenor, | Case No. CV 09-8011-PGR<br><br>**AMENDED JOINT STIPULATION FOR FILING OF AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Plaintiff may file a Second Amended Complaint, a redlined copy of which is attached hereto. If and when this Court issues an order granting this Stipulation, Plaintiff will file and serve a non-redlined version of the Second Amended Complaint.

IT IS FURTHER STIPULATED that Defendants and Intervenor-Defendant waive notice and service of the Second Amended Complaint and shall not be required to answer the amendment, but each of the aforementioned parties has the option to either 1) file a responsive pleading (within two weeks of the Second Amended Complaint being filed), or 2) elect to treat all of that party's denials, responses, and affirmative defenses contained in the applicable Answer filed herein as responsive to the Second Amended Complaint.

IT IS FURTHER STIPULATED that the parties make this stipulation with the knowledge that Intervenor-Defendant remains interested in this matter to the extent that the remaining claims may involve the use of lead ammunition and California condors. Based on the Court's statements at the last Case Management Conference (regarding the scope of Intervenor-Defendant's intervention), the parties hereby stipulate that they do not object to Court granting Intervenor-Defendant permissive intervention as to any claims raised in the Second Amended Complaint regarding the use lead ammunition and California condors. Intervenor-Defendant hereby enters into this stipulation pursuant to the express understanding that the Court has indicated a willingness to grant Intervenor-Defendant permissive intervention.

DATED: June 8, 2010            Respectfully submitted,

                    _/s/ Adam Keats_____
ADAM F. KEATS
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Tel.: (415) 436-9683
akeats@biologicaldiversity.org
jbuse@biologicaldiversity.org


DATED: June 8, 2010          Respectfully submitted,

DENNIS K. BURKE
United States Attorney
District of Arizona
SUE A. KLEIN
Assistant U.S. Attorney
Arizona State Bar No. 11253
IGNACIA S. MORENO
Assistant Attorney General

_/s/ Luther L. Hajek_
LUTHER L. HAJEK
Trial Attorney, D.C. Bar No. 467742
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 663, Ben Franklin Station
Washington, D.C. 20044-0663
Tel.: (202) 305-0492
E-mail: luke.hajek@usdoj.gov

JEAN E. WILLIAMS, Section Chief
SETH M. BARSKY, Asst. Section Chief
S. JAY GOVINDAN, Senior Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Tel: (202) 305-0237 / Fax: (202) 305-0275

Email: Jay.Govindan@usdoj.gov
Attorneys for Defendants

DATED: June 8, 2010

Respectfully submitted,

*/s/ C.D. Michel*
C.D. Michel
MICHEL & ASSOCIATES, PC
180 E. Ocean Boulevard, Suite No. 200
Long Beach, CA 90802
Telephone: 562-216-4444
cmichel@michelandassociates.com
Attorneys for Intervenor-Defendant the
National Rifle Association

# CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2010, I electronically transmitted the document **AMENDED JOINT STIPULATION TO AMEND THE PLEADINGS** to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Luther Langdon Hajek
US Dept of Justice ENRD
PO Box 663
Washington, DC 20044-0663
luke.hajek@usdoj.gov

Seth M. Barsky
US DOJ, Env. & Nat. Res. Div.
601 D St NW
Washington, DC 20004
seth.barsky@usdoj.gov

Srinath Jay Govindan
US DOJ, Env. & Nat. Res. Div.
PO Box 7369
Washington, DC 20044-7369
Jay.Govindan@usdoj.gov

Sue A Klein
US Attorney's Office
40 N Central Ave, Ste 1200
Phoenix, AZ 85004-4408
sue.klein@usdoj.gov

Anna Margo Seidman
Safari Club International
501 2nd St NE
Washington, DC 20002
aseidman@safariclub.org

Carl Dawson Michel
Michel & Associates PC
180 E Ocean Blvd, Ste 200
Long Beach, CA 90802
michel@michelandassociates.com

David T Hardy
8987 E Tanque Verde
PMB 265
Tucson, AZ 85749
dthardy@mindspring.com

William Lee Smith
Michel & Associates PC
180 E Ocean Blvd, Ste 200
Long Beach, CA 90802
lsmith@michelandassociates.com

Douglas Scott Burdin
Safari Club International
501 2nd St NE
Washington, DC 20002
dburdin@safariclub.org

Brian Fredrick Russo
Law Office of Brian F. Russo
111 W Monroe St, Ste 1212
Phoenix, AZ 85003
bfrusso@att.net


Dated: June 8, 2010                         /s/ *Adam Keats*
                                             Adam Keats