**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Center for Biological Diversity, | ) No. 09-CV-8011-PCT-PGR |
| | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| | ) |
| United States Bureau of Land | ) |
| Management, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Before the Court is Defendants' Unopposed Motion to Seal Previously Filed Documents Containing Sensitive Cultural Resources Information. (Doc. 123.)

Good cause existing,

IT IS HEREBY ORDERED granting Defendants' motion (Doc. 123).

IT IS FURTHER ORDERED that the four original documents containing sensitive cultural resources information that are within the ranges ASRMP 37514–18, ASRMP 54510–612, ASRMP 54631–35, and ASRMP 54636–43, which were submitted on compact disks on June 3, 2010 (Doc. 87), are sealed by the Court. The Clerk's Office shall only distribute copies of the redacted replacement documents to the public.

DATED this 28th day of September, 2011.

Paul G. Rosenblatt
United States District Judge